# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| TSDC, LLC<br>An Ohio<br>limited liability company<br><br>    and<br><br>Sandy Ellis dba<br>Fight Like A Girl Club<br>An Ohio company<br><br>    and<br><br>Sandy Ellis dba<br>Awareness Gift Boutique<br>An Ohio company<br><br>    and<br><br>Sandy Ellis<br>An Ohio resident<br><br>    Plaintiffs<br><br>    v.<br><br>Ann (Antoinette) Galvan<br>A California resident<br>536 North Cabernet Drive<br>Covina, CA 91723-1563<br><br>    and | Civil Action No. 1:10-cv-02057-DCN<br><br>Judge Donald C. Nugent |

| | |
|---|---|
| Gloria Galvan | ) |
| A California resident | ) |
| 536 North Cabernet Drive | ) |
| Covina, CA 91723-1563 | ) |
| | ) |
|     and | ) |
| | ) |
| Julie Elissa | ) |
| A California resident | ) |
| c/o Christina S. Loza, Esq. | ) |
| Loza & Loza, LLP | ) |
| 305 North Second Avenue #127 | ) |
| Upland, CA 91786-6064 | ) |
| Attorney for Defendants | ) |
| | ) |
|     and | ) |
| | ) |
| Ann (Antoinette) Galvan | ) |
| dba Fight Like A Girl Clique | ) |
| A California company | ) |
| | ) |
|     and | ) |
| | ) |
| Gloria Galvan | ) |
| dba Fight Like A Girl Clique | ) |
| A California company | ) |
| | ) |
|     and | ) |
| | ) |
| Julie Elissa | ) |
| dba Fight Like A Girl Clique | ) |
| A California company | ) |
| | ) |
|     and | ) |
| | ) |
| Fight Like A Girl Clique | ) |
| A California company | ) |
| | ) |
|     and | ) |

2

Ann (Antoinette) Galvan           )
dba Fight Like A Girl Advocates   )
A California company              )
                                  )
        and                       )
                                  )
                                  )
Gloria Galvan                     )
dba Fight Like A Girl Advocates   )
A California company              )
                                  )
        and                       )
                                  )
Julie Elissa                      )
dba Fight Like A Girl Advocates   )
A California company              )
                                  )
        and                       )
                                  )
Fight Like A Girl Advocates       )
A California company              )
                                  )
        and                       )
                                  )
Ann (Antoinette) Galvan           )
dba Fight Like A Girl             )
Advocates Clique                  )
A California company              )
                                  )
        and                       )
                                  )
Gloria Galvan                     )
dba Fight Like A Girl             )
Advocates Clique                  )
A California company              )
                                  )
        and                       )

3

| | |
|---|---|
| Julie Elissa | ) |
| dba Fight Like A Girl | ) |
| Advocates Clique | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Fight Like A Girl Advocates Clique | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Ann (Antoinette) Galvan | ) |
| dba Hope and Dreams Designs | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Gloria Galvan | ) |
| dba Hope and Dreams Designs | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Julie Elissa | ) |
| dba Hope and Dreams Designs | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Hope and Dreams Designs | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Ann (Antoinette) Galvan | ) |
| dba Cancer Apparel Gifts | ) |
| A California company | ) |
| | ) |
| and | ) |

4

| | |
|---|---|
| Gloria Galvan | ) |
| dba Cancer Apparel Gifts | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Julie Elissa | ) |
| dba Cancer Apparel Gifts | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Cancer Apparel Gifts | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Ann (Antoinette) Galvan | ) |
| dba Gifts 4 Awareness | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Gloria Galvan | ) |
| dba Gifts 4 Awareness | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Julie Elissa | ) |
| dba Gifts 4 Awareness | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Gifts 4 Awareness | ) |
| A California company | ) |
| | ) |
| and | ) |

5

| | |
|---|---|
| Ann (Antoinette) Galvan | ) |
| dba Gifts For Awareness | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Gloria Galvan | ) |
| dba Gifts For Awareness | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Julie Elissa | ) |
| dba Gifts For Awareness | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Gifts For Awareness | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Ann (Antoinette) Galvan | ) |
| dba Go Pink Shirts | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Gloria Galvan | ) |
| dba Go Pink Shirts | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| Julie Elissa | ) |
| dba Go Pink Shirts | ) |
| A California company | ) |
| | ) |
| and | ) |

6

| | |
|---|---|
| Go Pink Shirts | ) |
| A California company | ) |
| | ) |
| and | ) |
| | ) |
| John/Jane Doe(s) 1-10 | ) |
| | ) |
| Defendants. | ) |

# NOTICE OF DISMISSAL

Now come Plaintiffs, by and through counsel, who hereby state as follows:

1. Plaintiffs filed an action in United States District Court for the Northern District of Ohio (Eastern Division) Case No. 1:10-cv-02057-DCN.

2. Defendants Gloria Galvan and Ann (Antoinette) Galvan were personally served the Complaint and Summons in this matter on December 7, 2010 and December 9, 2010 respectively.

3. Counsel for Defendant Julie Elissa refused to accept service on her behalf on December 14, 2010.

4. The remaining parties have not been served, but are entities owned, operated and/or otherwise controlled by Defendants Gloria Galvan and Ann (Antoinette) Galvan.

5. Counsel for Defendants Gloria Galvan and Ann (Antoinette) Galvan represented to Plaintiffs that Julie Elissa is a pseudonym for Ann Galvan and does not exist.

6. All parties entered into a settlement agreement with respect to all causes of action in this matter on March 4, 2011.

WHEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby dismiss their Complaint, with prejudice, against Defendants Gloria Galvan, Ann (Antoinette) Galvan, Fight Like A Girl Clique, Fight Like A Girl Advocates, Fight Like A Girl Advocates Clique, Hope and Dreams Designs, Cancer Apparel Gifts, Gifts 4 Awareness, Gifts For Awareness and Go Pink Shirts.

Respectfully submitted,

TSDC, LLC;
Sandy Ellis dba Fight Like A Girl Club;
Sandy Ellis dba Awareness Gift Boutique; and
Sandy Ellis

By: /D. Ari Sherwin/
D. Ari Sherwin, Esq.
Salvatore A. Sidoti, Esq.
Curatolo Sidoti Co., LPA
24500 Center Ridge Road, Suite 280
Cleveland, Ohio 44145
Telephone: (440) 808-0011
Attorneys for Plaintiffs

Date: March 14, 2011

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing NOTICE OF DISMISSAL has been served upon the following parties via Electronic Mail and U.S. Postal Service First Class Delivery this 14th day of March, 2011:

| | |
|---|---|
| Christina S. Loza, Esq.<br>305 N. Second Avenue, #127<br>Upland, California  91786<br>tina@lozaip.com<br><br>Gordon E. Gray, III, Esq.<br>4401 N. Atlantic Avenue, Suite 233<br>Long Beach, California 90807<br>geg@grayiplaw.com | Attorneys for Defendants<br><br>Ann (Antoinette) Galvan, Gloria Galvan, Fight Like A Girl Clique, Fight Like A Girl Advocates, Fight Like A Girl Advocates Clique, Hope and Dreams Designs, Cancer Apparel Gifts, Gifts 4 Awareness, Gifts For Awareness and Go Pink Shirts. |

/D. Ari Sherwin/
D. Ari Sherwin
Attorney for Plaintiffs