UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TSDC. LLC, et al., | Case No. 1:10 CV 2057 |
| | JUDGE DONALD C. NUGENT |
| Plaintiffs, | |
| vs. | ORDER OF DISMISSAL |
| ANN GALVIN, et al., | |
| Defendants. | |

Counsel for Plaintiff has notified the Court that above captioned case has dismissed.

Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                _/s/ Donald C. Nugent_____
                                                DONALD C. NUGENT
                                                United States District Judge

DATE: __March 29, 2011___